UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| **PAPA MBOW,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 14-1683 (RMC) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BUEI, LLC d/b/a/ MENTORA COLLEGE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### ORDER

Having been advised that this action has been settled, it is hereby

**ORDERED** that the case is **DISMISSED**. The dismissal shall be without prejudice from now through June 11, 2015. If settlement is not consummated by that date, either party may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed with prejudice.

Date: April 27, 2015                                             /s/
                                                                        ROSEMARY M. COLLYER
                                                                        United States District Judge